FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERRI E. AMES,<br><br>Defendant. | Case No. 2:20-PO-0167-JAG<br>2:20-PO-0213-JAG<br><br>ORDER GRANTING<br>UNITED STATES' MOTION<br>FOR A PROTECTIVE ORDER |

**BEFORE THE COURT** is the United States' May 17, 2022 motion and amended motion for a protective order in this matter. Defendant is represented by Assistant Federal Defender Amy Rubin and legal intern Jewel Christensen. United States Attorney Timothy J. Ohms and legal intern Gloria I. Herrera represent the United States.

The United States represents it is necessary to seek an order of protection to protect the privacy of sensitive information. The United States further indicates it has inquired with Defendant, through counsel, and there is no objection to the instant request for a protective order.

Good cause appearing therefor, **IT IS HEREBY ORDERED** Plaintiff's motion for a protective order, **ECF No. 72 & 73 (2:20-PO-0167-JAG-1) and ECF No. 72 & 74 (2:20-PO-0213-JAG-1)**, is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. Federal Law Enforcement Training Centers (FLETC) instructor's lesson plans, FLETC's instructor syllabus, Ranger Stang's Official FLETC

ORDER - 1

Transcripts, Land Management Police Academy (LMPA) Trainee Standards Handbook, and National Park Service Law Enforcement Program Reference Manual-9, Bate Stamped AMES 000023-AMES 000537, shall be safeguarded in accordance with Department of Homeland Security protocols;

2.      These materials shall be disseminated only to the attorneys in this case and their staff, investigators, and legal interns and, when unattended, will be stored in a locked container or an area offering sufficient protection against theft, compromise, inadvertent access, and unauthorized disclosure;

3.      The attorneys and their staff, investigators, and legal interns are precluded from copying or disclosing the materials to third parties, other than as required for court proceedings;

4.      Any unauthorized review, use, disclosure, dissemination, distribution, or copying of these materials is strictly prohibited; and

5.      These materials shall be returned to the United States at the conclusion of the proceedings in this Court.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and furnish copies to counsel.

DATED May 18, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2