AO 245A  (Rev. 12/03) Judgment of Acquittal

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2022
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Washington

UNITED STATES OF AMERICA

V.

KERRI E. AMES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:20-PO-0213-JAG-1

The Defendant was found not guilty of Ct. 1 of Citation 9288862.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James A. Goeke        Magistrate Judge
Name of Judge         Title of Judge

6/21/2022
Date